IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

  v.

Case No.  18-cv-713-jdp

BETSY DEVOS, CATHY A. JESS,
KRISTEY JELLE, VICKI SEBASTIAN,
DOE PRES. CORRECTION EDUC. ASSOC.,
DOE PRES. UNIV. OF WIS. SYSTEM, UNITED
STATES DEPARTMENT OF EDUCATION,
WISCONSIN DEPARTMENT OF
CORRECTIONS, MILWAUKEE AREA
TECHNICAL COLLEGE, UNIVERSITY OF
WISCONSIN SYSTEM, CORRECTIONAL
EDUCATION ASSOCIATION, SUSAN
LOCKWOOD-ROBERTS, VICKI J. MARTIN,
MICHAEL L. BURKE, DARNELL E. COLE,
KEVIN P. REILLY, RICHARD J. TELFER,
RAYMOND W. CROSS, MARK J. BRADLEY,
CHARLES R. PRUITT, MICHAEL J. SPECTOR,
BRENT P. SMITH, MICHAEL J. FALBO and
JOHN DOE UW SYSTEM PRESIDENT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                         March 25, 2022
Peter Oppeneer, Clerk of Court                       Date