# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Titus Henderson,
    Appellant-Plaintiff

7th Cir. App. # _____
W.D. Wis. # 18-cv-713-jdp

V.

Cathy A. Jess, et al,
    Appellees-Defendants

## PLAINTIFF NOTICE OF APPEAL

Pro-se Appellant-Plaintiff Titus Henderson, hereby submit "Notice Of Appeal" requesting Reversal of Final Judgment entered March 25, 2022 by Judge James D. Peterson, United States District Court, Western District of Wisconsin.

The Court granted defendants summary judgment dismissing civil action because U.S. Congress had a rational basis to discriminate by age to deny older inmates educational opportunities for rehabilitation, and secret evidence showed discriminatory statute was repealed, without giving U.S. government opportunity to respond.

Dated: April 22, 2022.          Respectfully Submitted By:

                                Titus Henderson 299317
                                Green Bay Corr. Inst.